KEITH E. ZAID, ESQ.
Bar No.: 013061981
ROBERT S. SHIEKMAN, ESQ.
Bar No.: 040632008
**KEITH E. ZAID, P.A.**
1548 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 347-1159
Counsel for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

**AHMED KAIR,**

        Plaintiff,

v.    Civil Action No.: 1:21-CV-11318

**BALLY'S PARK PLACE, INC. D/B/A BALLY'S ATLANTIC CITY, ABC CORPORATIONS (1-10), XYZ PARTNERSHIPS, AND JOHN DOES (1-10)**

        Defendants,

    The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party **with prejudice**.

Dated:      7/16, 2021.

Reilly, McDevitt & Henrich, P.C.

By: _____
Damian Jackson, Esq.
Attorney for Defendants
Bally's Park Place, Inc. d/b/a
Bally's Atlantic City

Law Offices of Keith E. Zaid, P.A.

By: _____
Robert S. Shiekman, Esq.
Attorney for Plaintiff
Ahmed Kair